IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCORRO SIERRA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HAWKS, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-03444-DJC-CKD P<br><br>**ORDER** |

　　The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found:

　　**IT IS ORDERED:** Defendants are granted an extension of time of fourteen days, up to and including January 19, 2026, to file their responsive pleading.

Dated: 01/05/26

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE